FILED
CLERK, U.S. DISTRICT COURT
10/8/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LEE LOS ANGELES LLC, | Case No. CV 19-4378 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MAKEUPNET AUSTRALIA, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of October, 2019.

/s/
Fernando M. Olguin
United States District Judge